UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANKIE FIGUEROA, DANNION JORDAN,
JAMEZ LEGGETT, LAMONT GRAY, and
SHAWN PARRILLA,

                    Plaintiffs,

- against -

ROVINI CONCRETE CORP.,
ROVINI CONSTRUCTION CORP.,
VINCENT ZOLLO, and ROSEMARY ZOLLO,

                    Defendants.

ORDER

15-CV-8058 (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

      On October 27, 2016, the Parties submitted a proposed settlement agreement for approval to Chambers. The Court reviewed the proposed settlement agreement and denied approval because the agreement contained a confidentiality provision and general release. (Doc. No. 41.) The Court directed the Parties to refile the proposed settlement agreement on ECF curing the Defects described in the Order. (*Id.*) On January 31, 2017, the Parties submitted a revised proposed settlement agreement. (Doc. No. 42). Upon review of the Parties' submissions in support of the revised proposed settlement agreement and discussions with the Parties during settlement negotiations, the Court finds that the proposed agreement is fair and reasonable. *See Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015). Accordingly, the settlement is **APPROVED.**

      The Clerk of Court is directed to terminate this action with prejudice.

**SO ORDERED this 1st day of February 2017.**
New York, New York

                                                      The Honorable Ronald L. Ellis
                                                      United States Magistrate Judge